UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE UNITED STATES COAST GUARD ) ) ) ) PRINCESS CRUISE LINES LTD. ) ) Petitioner ) ) v. ) ) CUSTODIAN OF RECORDS FOR THE ) U.S. COAST GUARD ) ) Respondent ) ) ) CLIFTON A. BARBER ) ) Interested Party/Plaintiff ) | Civil Case No. 08-mc-259 (RJL) |

ORDER

(June 17, 2008)

Before the Court is petitioner's motion to enforce subpoenas and compel production of documents. Upon consideration of the motion and the relevant law, it is hereby

**ORDERED** that petitioner shall show cause in writing within 30 days of this order why this motion should not be dismissed for lack of subject matter jurisdiction; and it is further

**ORDERED** that failure to file a timely response may result in the dismissal of this action.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge