UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCESS CRUISE LINES LTD., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CUSTODIAN OF RECORDS FOR )<br>THE U.S. COAST GUARD, )<br>)<br>Respondent, )<br>)<br>CLIFTON A. BARBER )<br>)<br>Interested Party/Plaintiff ) | Civil Case No. 08-mc-259 (RJL) |

### ORDER

Petitioner, Princess Cruise Lines Ltd., filed the miscellaneous motion in the instant action on April 25, 2008. On June 17, 2008, this Court issued an Order requiring petetioner to show cause in writing, by July 17, 2008, as to why the case should not be dismissed for lack of subject matter jurisdiction. Because the petitioner has failed to respond to the Court's Order to Show Cause within the time prescribed, and upon due consideration of the entire record herein, it is, this 7th day of August, 2008, hereby

**ORDERED** that petitioner's case is dismissed for lack of subject matter jurisdiction.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge